### Selders *v.* Brown *et al.*

Per Curiam. 1. The petition alleged a state of facts which entitled the petitioner to a hearing. The court erred in refusing to grant a rule nisi, and in refusing an injunction without a hearing.

2. The Civil Code (1910), § 5501, authorizes the grant of an injunction immediately and prior to a hearing, whenever "it is manifest . . from the sworn allegations in the bill, or the affidavit of a competent person, that the injury apprehended will be done if an immediate remedy is not afforded."

3. According to previous rulings of this court a judgment denying an injunction and a refusal of an order requiring the defendant to show cause has been treated as a judgment upon which a direct bill of exceptions to this court could be based. *Connally* v. *Morrison,* 140 *Ga.* 492, 494 (79 S. E. 119), and cit.

*Judgment reversed. All the Justices concur.*
No. 7542. September 20, 1930.

*Joseph M. Lang,* for plaintiff.